**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSEPH BIENIEWICZ, on behalf of himself
individually and all other similarly situated employees,

              Plaintiff,

   - against -                              **JUDGMENT**
                                                  CV 23-7396 (JMA) (ARL)

GOLD COAST PARKING MANAGEMENT, LLC,

              Defendant.
------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on July 26,

2024, accepting Defendant's July 24, 2024 offer to allow judgment against it in the amount of

$47,500.00, in full and complete satisfaction of any claims, including federal and state law

claims, an any claims for attorneys' fees, litigation expenses and/or costs available under the Fair

Labor Standards Act ("FLSA") and the New York State Labor Law ("NYLL") accrued to date, it

is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Joseph

Bieniewicz against Defendant Gold Coast Parking Management, LLC in the amount of

$47,500.00, in full and complete satisfaction of any claims, including federal and state law

claims, an any claims for attorneys' fees, litigation expenses and/or costs available under the

FLSA and the NYLL accrued to date; and that this case is closed.


Dated: July 30, 2024
        Central Islip, New York


                                    BRENNA B. MAHONEY
                                    CLERK OF COURT
                      By:   /s/ James J. Toritto
                                    Deputy Clerk